IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| JON ANDRE WILLIAMS, | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | CASE NO. 2:13-CV-00267-JRG |
| GOOD SHEPHERD MEDICAL CENTER, *et al.*, | § § § § | |
| *Defendants*. | § § | |

## JUDGMENT

This action was decided by this Court pursuant to Defendants' Motion for Summary Judgment (Dkt. No. 77). Pursuant to Rule 58 of the Federal Rules of Civil Procedure and in accordance with the Court's opinion and the entirety of the record available to the Court, the Court **ORDERS AND ENTERS JUDGMENT** as follows:

1. Defendants Good Shepherd Medical Center, Good Shepherd Health System, Inc., and GSHS Administrative Services Organization, Inc. (collectively, "Good Shepherd") are not liable for discrimination against Plaintiff Jon Andre Williams under the Americans with Disabilities Act, 42 U.S.C. § 12111 *et seq*.

2. Plaintiff Jon Andre Williams takes nothing from Good Shepherd.

3. Pursuant to Rule 54(d) of the Federal Rules of Civil Procedure and 28 U.S.C. § 1920, the Court finds that Good Shepherd is the prevailing party in this matter and is entitled to costs consistent therewith.

**So ORDERED and SIGNED this 4th day of April, 2014.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE